UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                              Chapter 7

RICARDO ROMERO,                                     Case No. 02-13507 (ALG)

                        Debtor.

---------------------------------------------------------x

## ORDER GRANTING APPLICATIONS FOR FINAL COMPENSATION AND AUTHORIZING ABANDONMENT OF DEBTOR'S BOOKS AND RECORDS

UPON consideration and filing of the Trustee's final Report and applications for Compensation and reimbursement of expenses of Roy Babitt, Chapter 7 Trustee (the "Trustee") and Arent Fox LLP as attorney for the Trustee (the "Applications"), during the administration of this Chapter 7 case, and notice having been pursuant to Rule 202(a)(7) and (c)(2) of the Federal Rules of Bankruptcy Procedure; and the consideration having been given to the statement of no opposition of the United States Trustee regarding the Applications; and a hearing having been held; and **the Court having considered the letter from counsel to the Trustee dated April 18, 2011, as well as the effect of the Stipulation and Order dated February 17, 2009, and finding that the reasonable fees and expenses of Arent Fox LLP will be paid in full, and** sufficient cause have been therefore, it is hereby

ORDERED that the Applications are granted to he extent set forth in Schedule "A" annexed hereto; and it is further

**ORDERED that the Trustee pay interest to creditors at the rate set forth in 28 U.S.C. § 1961 and that any remaining surplus be paid to the Debtor; and it is further**

ORDERED, that the Trustee is hereby authorized to abandon the Debtor's books and records.

Dated: New York, New York
April 25, 2011

                                               */s/ Allan L. Gropper*
                                               UNITED STATES BANKRUPTCY JUDGE

**CURRENT FEES AND EXPENSES**
CASE NUMBER:   02-13507 (ALG)
CASE NAME:     **Ricardo Romero**

| Applicant | Date/ Docket No. | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| Roy Babitt Trustee | 2/14/11 23 | $4,624.54 | $4,624.54 | $0.00 | $0.00 |
| Arent Fox LLP Counsel to Trutee | 2/14/2011 23 | $22,348.37 | $10,000.00 | $219.10 | $219.10 |
|  |  |  |  |  |  |

**SCHEDULE "A"**   DATED: APRIL 25, 2011   INITIALS:  ALG  USBJ